IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ISRAEL MUNEZ-GALLARDO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No.   11-530-SCW |
| ) | |
| **COUNTY OF JEFFERSON, ILLINOIS, ROGER D.** ) | |
| **MULCH, RANDY POLLARD, JAMES MOUNT,** ) | |
| **LAWRENCE JEFFERSON, ELLIOTT EDWARDS,** ) | |
| **BRENT WITGES, UNKNOWN SHERIFF'S DEPUTY,** ) | |
| **MICHAEL GRAY, VINCE HANES, NICK PESCA, and** ) | |
| **UNKNOWN 3ʳᴰ SHIFT SUPERVISOR,** ) | |
| ) | |
| **Defendant(s),** ) | |

## JUDGMENT IN A CIVIL CASE

Defendants County of Jefferson, Illinois, Roger D. Mulch, Randy Pollard and Unknown 3rd Shift Supervisor were dismissed with prejudice on July 9, 2012 by an Order entered by Chief Judge Michael J. Reagan (Doc. 13).

Defendant Unknown Sheriff's Deputy was dismissed with prejudice on May 21, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 59).

The remaining case came before this Court upon Stipulation filed by the parties on April 24, 2015 (Doc. 117).

Therefore, judgment is entered in favor of Defendants COUNTY OF JEFFERSON, ILLINOIS, ROGER D. MULCH, RANDY POLLARD and UNKNOWN SHERRIFF'S DEPUTY and against Plaintiff ISRAEL MUNOZ-GALLARDO.

It is further ordered the remaining case is dismissed with prejudice with each party to bear its own costs.

**Dated:**  May 21, 2015

**Justine Flanagan, Acting Clerk of Court**

**By: s//Angela Vehlewald**
           **Deputy Clerk**

**Approved: *s//Stephen C. Williams***
           **STEPHEN C. WILLIAMS**
           **UNITED STATES MAGISTRATE JUDGE**